No. 93–7527.  WALKNER *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–7529.  SURFACE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–7537.  HUMEUMPTEWA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7546.  ESCAMILLA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–7550.  BLACKMON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–7553.  LYLE *v.* RICHARDSON.  C. A. 6th Cir.  Certiorari denied.

No. 93–7560.  MAYBERRY *v.* KEISLER ET AL.  C. A. 6th Cir. Certiorari denied.

No. 93–7563.  ARCH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–7576.  HARVEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7577.  GILMER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–7581.  BATTLES *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–7582.  AMERSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–7589.  DUVALL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7590.  CORBIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–7591.  BENSON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 93–7594.  NEVERS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.